**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

May 31, 2024

**Via email**
Serrin Turner
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
serrin.turner@lw.com

**Re: Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration**
*Hu et al v. Whaleco Inc.*, No. 23-cv-06962 (MKB) (RML), (E.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write pursuant to Rule 3(D) of Judge Margo K. Brodie's Individual Practice and Rules and the Court's Order of March 29, 2024, to serve Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration.

Sincerely,
TROY LAW, PLLC

*/s/ John Troy*
John Troy
*Attorney for Plaintiffs*

cc: via ECF
all counsel of record
/asb