**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ERIC HU, EDWIN ANTONIO SURIS, TIMOTHY SMITH, ROY NORMAN MORROW, MING HUI LIN, NANCY BATALAS, JAMES LAFATA, DANIEL DAVID KATTAN, TRACY EVETTE STARLING, CHRISTOPH B. OH, HECTOR ANDREW CORDERO, YO-YO CHEN, and MANISHA REDDY NARAYAN, on behalf of themselves and all others similarly situated, | ) | Case No. 1:23-cv-06962-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |
| Plaintiffs, | ) | |
| v. | ) | |
| WHALECO INC. d/b/a TEMU, | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the annexed Declaration of Michael Trinh, dated April 19, 2024, the undersigned hereby moves this Court on behalf of Defendant Whaleco Inc. d/b/a Temu ("Temu") before the Honorable Margo K. Brodie in Courtroom 6F of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn New York 11201, for an order compelling arbitration of all of Plaintiffs' claims pursuant to their agreement with Temu.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' opposition shall be served on or before May 31, 2024, and Defendant's reply shall be served and the fully briefed motion shall be filed on or before June 21, 2024 pursuant to the Court's March 29, 2024 Order.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Serrin Turner*

Serrin Turner
Matthew Valenti
Hadrian Luo
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: serrin.turner@lw.com
matthew.valenti@lw.com
hadrian.luo@lw.com

*Attorneys for Defendant Whaleco Inc. d/b/a Temu*