UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERIC HU, EDWIN ANTONIO SURIS, TIMOTHY SMITH, ROY NORMAN MORROW, MING HUI LIN, NANCY BATALAS, JAMES LAFATA, DANIEL DAVID KATTAN, TRACY EVETTE STARLING, CHRISTOPH B. OH, HECTOR ANDREW CORDERO, YO-YO CHEN, and MANISHA REDDY NARAYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | ) | Case No. 1:23-cv-06962-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**DECLARATION OF MICHAEL TRINH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Michael Trinh, declare as follows:

1. I am the Customer Service Manager for Defendant Whaleco Inc. d/b/a Temu ("Temu"). I have held this position at Temu since October 2022. In my current position, I am responsible for managing customer service. Through this role, I have responsibilities related to, and am thoroughly familiar with, how users sign up for an account and make purchases on Temu's mobile application (the "Temu App"), and how Temu notifies users of, and requires them to accept, its Terms of Use (the "Terms"). In my professional capacity, I am also generally familiar with Temu's business records and its record-keeping policies and practices, including records relating to the Temu App.

2. I have reviewed the original complaint (the "Original Complaint") and the amended complaint (the "Amended Complaint") in this action, and I make this declaration in support of Temu's motion to compel arbitration of the claims brought in the Amended Complaint (the

"Motion"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify to them competently.

## I. Users Must Accept Temu's Terms Prior to Making a Purchase on Temu's App

3. Temu is an e-commerce company that connects consumers with millions of merchandise partners, manufacturers, and brands. Users may access Temu via the Temu App on mobile devices, such as Apple or Android phones or tablets.

4. I understand that each of the named Plaintiffs in the Amended Complaint is alleged to have "downloaded the Temu App and purchased products on the platform." ECF No. 19 ("Amended Complaint") ¶¶ 23–35.

5. In order to make a purchase on the Temu App, users must first register an account and accept Temu's Terms. This has been the case for as long as the Temu App has been in operation.

6. Specifically, the Temu App requires a user to register an account by displaying a registration prompt that the user must respond to before they can proceed (the "Registration Prompt"). The Registration Prompt generally appears as shown in Exhibit A to this Declaration.

7. As reflected in Exhibit A, the Registration Prompt contains (i) a field where the user can enter an email address or phone number to use in registering an account and a corresponding "Continue" button; and (ii) buttons allowing the user to "Continue" by instead registering via their existing Google, Facebook, Apple, or Twitter/X account. *See id.*[1] Immediately below these options is a notice stating: "By continuing, you agree to our **Terms of Use** and **Privacy**

---

[1] The screenshot shown in Exhibit A specifically depicts how the Registration Prompt would have appeared to a user on an Apple device. On an Android device, the option to "Continue with Apple" does not appear, but otherwise the screen would be identical to what is shown in Exhibit A. Further, during the course of October 2023, Temu made minor cosmetic changes to the Registration Prompt, but it remained materially the same.

**& Cookie Policy**." The bolded phrases link to Temu's Terms of Use and Privacy Policy, respectively, which users may review before accepting them.

8. If a user subsequently logs out from the Temu App after registering an account, then, each time they log back in, the user again is shown the Registration Prompt and must assent to the Terms, by inputting their credentials and pressing one of the "Continue" options.

## II. The Current Terms, Like All Versions of the Terms Since the Launch of Temu in the US, Contain an Arbitration Provision

9. Since Temu first launched in the US in September 2022, the Terms contained a provision advising users in capital letters that "THESE TERMS ARE SUBJECT TO CHANGE BY [TEMU] IN OUR SOLE DISCRETION AT ANY TIME," and stating that Temu would publish a copy of such updated Terms on its website and "update the 'Last Updated' date at the top of the Terms." Ex. B § 1.6. The Terms further stated that any such amended Terms would be enforceable to any existing account-holder within thirty days after posting.

10. Attached as Exhibit B is the most recently updated version of the Terms posted more than thirty days prior to the date of this declaration, which were posted specifically on February 1, 2024. The Terms contain an arbitration provision with the terms described in the Motion. All versions of the Terms in effect since Temu's launch in the US likewise contained an arbitration provision with the terms described in the Motion.

I declare under the penalty of perjury, that the foregoing is true and correct, and that I executed this Declaration on April 19, 2024 in Boston, Massachusetts.



Michael Trinh