**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ERIC HU, EDWIN ANTONIO SURIS, TIMOTHY SMITH, ROY NORMAN MORROW, MING HUI LIN, NANCY BATALAS, JAMES LAFATA, DANIEL DAVID KATTAN, TRACY EVETTE STARLING, CHRISTOPH B. OH, HECTOR ANDREW CORDERO, YO-YO CHEN, and MANISHA REDDY NARAYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | ) | Case No. 1:23-cv-06962-MKB-RML<br><br>District Judge Margo K. Brodie<br><br>Magistrate Judge Robert M. Levy |

**DECLARATION OF SERRIN TURNER IN SUPPORT OF DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS <u>MOTION TO COMPEL ARBITRATION</u>**

I, Serrin Turner, declare as follows:

1. I am a partner at the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 and counsel for Defendant Whaleco Inc. d/b/a Temu in the above-captioned action. I am a member in good standing of the bar of the State of New York.

2. I respectfully submit this declaration in support of Defendant's reply memorandum of law in further support of its motion to compel arbitration. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit A is a true and correct copy of the August 29, 2023 opinion granting the defendant's motion to compel arbitration in the case captioned *Fontanez v. Whaleco, Inc.*, 53-3032CA-00374 (Fla. Polk County Ct. Nov. 15, 2023).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21st day of June, 2024.

/s/ *Serrin Turner*
Serrin Turner