**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ERIC HU,
EDWIN ANTONIO SURIS,
TIMOTHY SMITH,
ROY NORMAN MORROW,
MING HUI LIN,
NANCY BATALAS,
JAMES LAFATA,
DANIEL DAVID KATTAN,
TRACY EVETTE STARLING,
CHRISTOPH B. OH,
HECTOR ANDREW CORDERO,
YO-YO CHEN,
MANISHA REDDY NARAYAN,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WHALECO, INC., d/b/a Temu,

Defendant.

Case No. 23-cv-06962-MKB-RML

**DECLARATION OF JEANNIE Y. EVANS IN SUPPORT OF *ZIBOUKH* PLAINTIFFS' *AMICUS CURIAE* BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

I, Jeannie Y. Evans, state under oath, as follows:

1. I am an attorney with the law firm Hagens Berman Sobol Shapiro LLP. I am counsel of record for Plaintiffs in the action titled *Ziboukh et al. v. WhaleCo, Inc., et al.*, No. 1:24-cv-03733-MKB-RML (E. D. New York) ("*Ziboukh*"), which is related to the action titled *Hu et al. v. Whaleco, Inc., d/b/a Temu*, No. 23-cv-06962 (E. D. New York) ("*Hu*"). I am also counsel of record in the *Hu* action to the *Ziboukh* Plaintiffs in their role as Amici in the Hu action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of Temu's Terms of Use, last updated July 8, 2023.

3. Attached as Exhibit B is a true and correct copy of screenshots of registration pages cited in *Nicosia v. Amazon*, 834 F.3d 220 (2d Cir. 2016); *Cullinane v. Uber Techs., Inc.*, 893 F.3d 53 (1st Cir. 2018); *Berkson v. Gogo LLC*, 97 F. Supp. 3d 359 (E.D.N.Y. 2015); and *Applebaum v. Lyft, Inc.*, 263 F. Supp. 3d 454 (S.D.N.Y. 2017).

4. Attached as Exhibit C is a true and correct copy of Defendant's Motion to Compel Arbitration, filed on March 24, 2023, in *Doris Fontanez v. Whaleco, Inc.*, Case No. 2023-CA-000374-0000-000, Tenth Judicial Circuit in and for Polk County, Florida.

5. Attached as Exhibit D is a true and correct copy of two screenshots of the Temu App Sign In / Register prompt—one cited in *Johnson v. Whaleco Inc.*, 2023 U.S. Dist. LEXIS 184104 (M.D. Fla. Oct. 13, 2023); and another cited in Defendant's Memorandum of Law in Support of its Motion to Compel Arbitration in the *Hu* action, ECF 37, Ex. A.

6. Attached as Exhibit E is a true and correct copy of the AAA Consumer Arbitration webpage titled "Practice Areas: The expertise to address a world of disputes".

7. Attached as Exhibit F is a true and correct copy of AAA Consumer Arbitration Rules, Amended and Effective September 1, 2014.

8. Attached as Exhibit G is a true and correct copy of AAA Mass Arbitration Supplementary Rules, Amended and Effective April 1, 2024.

9. Attached as Exhibit H is a true and correct copy of AAA Consumer Arbitration Rules: Costs of Arbitration, Amended and Effective January 15, 2024.

10. Attached as Exhibit I is a true and correct copy of AAA Consumer Mass Arbitration and Mediation Fee Schedule: Costs of Arbitration and Mediation, Amended and Effective January 15, 2024.

11. Attached as Exhibit J is a true and correct copy of Temu's Terms of Use, last updated September 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 5, 2024, at Chicago, Illinois.

*/s/ Jeannie Y. Evans*
Jeannie Y. Evans

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Jeannie Y. Evans*
Jeannie Y. Evans