**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC HU, EDWIN ANTONIO SURIS, TIMOTHY SMITH, ROY NORMAN MORROW, MING HUI LIN, NANCY BATALAS, JAMES LAFATA, DANIEL DAVID KATTAN, TRACY EVETTE STARLING, CHRISTOPH B. OH, HECTOR ANDREW CORDERO, YO-YO CHEN, MANISHA REDDY NARAYAN, on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>WHALECO, INC., d/b/a Temu,<br><br>                                  Defendant. | Case No. 23-cv-06962-MKB-RML<br><br>***ZIBOUKH* PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL *AMICUS CURIAE* BRIEF** |

The *Ziboukh* Plaintiffs respectfully request that the Court grant them leave, as amici curiae, to file the attached Supplemental Amicus Curiae Brief to respond to issues raised in Defendants' Response to their Amicus Brief.  *See* ECF 45 (Pltff. Amicus Brief) and ECF 50 (Def. Response).  Ziboukh Plaintiffs believe that the Supplement would further aid the Court in deciding the motion to compel arbitration (ECF 36) and is necessary to respond to new arguments and factual material Defendants submitted in their Response brief.

*First*, in their Response, Defendants have raised arguments to which *Hu* Plaintiffs and amici have not had an opportunity to respond.  For example, Defendants' primary argument in response to *Ziboukh* Plaintiffs' contentions that there was no contract formation, and that the arbitration clause is procedurally and substantively unconscionable, is that these issues must be decided by the arbitrator, rather than the Court.  (Def. Resp. at 8-20.)  Such arguments are contrary to Second Circuit law requiring the Court to ascertain that there is an agreement to arbitrate before it may compel arbitration (or before it may enforce any purported agreement to delegate these issues to an arbitrator).  Furthermore, Defendants' arguments are also contrary to the plain language of the arbitration agreement, which does not purport to delegate such issues to an arbitrator.

In addition, Defendants assert that *Hu* Plaintiffs lack standing to raise the issue of unconscionability of the batch arbitration provisions because there are allegedly not enough class representatives to trigger those provisions.  However, Plaintiffs' counsel have been contacted by thousands of individuals who would like to bring a claim.  If arbitration were initiated, there would be more than enough claimants for batch arbitration.  Moreover, between *Hu* and *Ziboukh* there are sufficient class representatives in the aggregate to trigger batch arbitration.

*Second*, Defendants have cited new factual material, such as an alleged review of the arbitration agreement by the American Arbitration Association to ascertain whether it satisfies minimal "due process." (Def. Resp. at 12.) The primary issue here is not whether the arbitration agreement satisfies the AAA's minimum "due process" standard. Nonetheless, Plaintiffs should have an opportunity to respond to such new factual material, which also further demonstrates why discovery is warranted.

WHEREFORE, Ziboukh Plaintiffs respectfully request that this Court enter an order granting them leave, as amici curiae, to file the attached Supplemental Amicus Curiae Brief in Opposition to Defendants' Motion to Compel Arbitration.

Dated: September 9, 2024               Respectfully submitted by,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Jeannie Evans*

Jeannie Evans (Bar No. 6296339)
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
Facsimile: (708) 628-4952
jeannie@hbsslaw.com

Steve W. Berman (Bar No. 3126833)
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

        Nathaniel A. Tarnor, #4742797
        68 3rd Street, Suite 249
        Brooklyn, NY 11231
        Telephone: (212) 752-5455
        Facsimile: (917) 210-3980
        nathant@hbsslaw.com

        **ALPHEUS LLC**

        Douglas G. Smith
        77 West Wacker Drive, Suite 4500
        Chicago, IL 60601
        Telephone: (312) 451-6708
        dsmith@alpheusllc.com

        *Attorneys for Amici Curiae*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

>*/s/ Jeannie Y. Evans*
>Jeannie Y. Evans