1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 24, 2025

**VIA ECF**

Hon. Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *Hu et al. v. Whaleco et al.*, No. 23-cv-06962-MKB-RML
> <u>Request to Mark Case as Related Under Division of Business Rule 3</u>

Dear Judge Brodie:

We represent Defendant Whaleco Inc. d/b/a Temu ("Temu") in the above-referenced matter (the "*Hu*" action), as well as the related cases *Ziboukh et al. v. Whaleco Inc. et al.*, No. 24-cv-03733-MKB-RML (E.D.N.Y.) (the "*Ziboukh*" action), *McMahan et al. v. Whaleco Inc. d/b/a Temu*, No. 25-cv-01590-MKB-CHK (E.D.N.Y.) (the "*McMahan*" action), and *In re Whaleco/Potter Handy Data Privacy Mass Actions*, No. 25-cv-04916-MKB (E.D.N.Y.) (the "*Potter Handy Data Privacy*" action) which are also before Your Honor.

We also represent Temu in the matter captioned *In re Whaleco Privacy Litigation*, No. 25-cv-05854-MKB-RML (E.D.N.Y.) (the "*In re Whaleco Privacy*" action), which was transferred to this Court from the Central District of California on September 10, 2025 and is also currently pending before Your Honor. *See* Order Granting Stipulation and Transfer, *In re Whaleco Privacy Litigation*, No. 25-cv-05854-MKB-RML (E.D.N.Y., 2025), ECF No. 18. The complaints comprising the *In re Whaleco Privacy* action were brought by the same law firm as, and are substantively identical to, the complaints comprising the *Potter Handy Data Privacy* action. Given that the *Potter Handy Data Privacy* action was already deemed related to the *Hu*, *Ziboukh*, and *McMahan* actions, the *In re Whaleco Privacy* action should likewise be deemed related. Accordingly, on behalf of Temu, we respectfully request that *In re Whaleco Privacy* be deemed related to the *Hu*, *Ziboukh*, *McMahan,* and *Potter Handy Data Privacy* actions, pursuant to Rule 3 of the Rules for the Division of Business for the Eastern District of New York.

Pursuant to Rule 3, cases are "related" if there are similar facts and legal issues or the cases arise from the same transaction or events, and it would therefore result in a more efficient use of judicial resources if assigned to the same District Judge. Those criteria are present here.

LATHAM&WATKINS LLP

First, the underlying dispute in the *In re Whaleco Privacy* action is based on the same alleged privacy violations and legal theories as those in the *Hu*, *Ziboukh*, *McMahan,* and *Potter Handy Data Privacy* actions. *See* Complaint, *In re Whaleco Privacy Litigation,* No. 25-cv-05854-MKB-RML (E.D.N.Y. August 8, 2025), ECF No. 1-1, (the "*In re Whaleco Privacy* Complaint") (annexed hereto as Exhibit A); First Amended Complaint, *Hu et al. v. Whaleco et al.*, No. 23-cv-06962-MKB-RML (E.D.N.Y. Feb. 19, 2024), ECF No. 19 (the "*Hu* Complaint"); Second Amended Complaint, *Ziboukh v. Whaleco Inc.*, No. 24-cv-03733-MKB-RML (E.D.N.Y. Sept. 20, 2024), ECF No. 64 (the "*Ziboukh* Complaint"); Petition to Compel Arbitration, *McMahan et al. v. Whaleco Inc. d/b/a Temu*, No. 25-cv-01590-MKB-CHK (E.D.N.Y. Mar. 21, 2025), ECF No. 1 (the "*McMahan* Petition"); Complaint, *In re Whaleco/Potter Handy Data Privacy Mass Actions,* No. 25-cv-04916-MKB (E.D.N.Y. May 22, 2025), ECF No. 1-1 (the "*Potter Handy Data Privacy* Complaint"). Specifically, in each of these cases, plaintiffs rely on the same short-seller report to allege that Temu's online shopping app improperly accesses users' devices and collects their data, and based on this theory, bring the same or similar causes of action. *See Potter Handy Data Privacy* Complaint and *In re Whaleco Privacy* Complaint at ¶¶ 32-48, 82-103, 128-50, 151-59, 160-72; *Hu* Complaint at ¶¶ 97-105, 249-63, 285-93, 301-13, 330-42; *Ziboukh* Complaint at ¶¶ 5, 100-28, 275-93, 322-34, 440-53, 454-60, 461-75, 501-16; *McMahan* Petition at ¶¶ 4-5. Indeed, the *In re Whaleco Privacy* Complaint is substantively identical to the *Potter Handy Data Privacy* Complaint, which itself was lifted almost verbatim from the *Ziboukh* Complaint.[1] *See* Notice of Related Cases, *In re Whaleco Privacy*, ECF No. 7 at 3-4 (comparing allegations in the *In re Whaleco Privacy* and *Potter Handy Data Privacy* complaints); Motion to Dismiss, *Potter Handy Data Privacy*, ECF No. 16 at 4-5 (comparing allegations in the *Potter Handy Data Privacy* and *Ziboukh* complaints).

Further, each of these cases concerns the arbitration agreement in Temu's Terms of Use. Temu anticipates moving to compel arbitration in both *Potter Handy Data Privacy* and *In re Whaleco Privacy* and expects the briefing in connection with those motions to address the scope and enforceability of the delegation clause and the informal dispute resolution conference provision contained in the arbitration agreement. Your Honor has already evaluated and ruled on such issues in the *Hu* and *Ziboukh* actions, and related issues are currently pending before the Court in the *McMahan* action. *See Hu* at ECF No. 54 (order on motion to compel arbitration); *Ziboukh* at ECF No. 94 (order on motion to compel arbitration); *McMahan* at ECF Nos. 1, 15-1, 16, and 17 (petition to compel arbitration and briefing on motion to dismiss). Accordingly, each of these actions, including *In re Whaleco Privacy*, arise from the same or closely related events and call for a determination of substantially related or similar questions of law or fact.

Under Division of Business Rule 3(b), the parties have conferred and Plaintiffs in *In re Whaleco Privacy* agree that the case is related to *Hu*, *Ziboukh*, *McMahan,* and *Potter Handy Data*

---

[1] Prior to being transferred to E.D.N.Y., the Court in C.D. Cal. deemed *In re Whaleco Privacy* related to *Potter Handy Data Privacy* in C.D. Cal. *See* Order Reassigning Case, *In re Whaleco Privacy Litigation,* No. 25-cv-05854-MKB-RML (E.D.N.Y. Sept. 3, 2025), ECF No. 16 (docket entry reflecting relation to *Potter Handy Data Privacy*).

October 24, 2025
Page 3

**LATHAM&WATKINS**LLP

*Privacy*. Temu therefore respectfully asks this Court to mark *In re Whaleco Privacy* related to the *Hu*, *Ziboukh*, *McMahan,* and *Potter Handy Data Privacy* actions.

Respectfully,

_____

Serrin Turner
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)